UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TALFORD MCCREE,**

      **Plaintiff,**

v.                                   CASE NO.: 8:14-cv-00170-VMC-AEP

**NCO FINANCIAL SYSTEMS, INC.,**
**NATIONAL CREDIT ADJUSTERS, LLC, and**
**CRITICAL RESOLUTION MEDIATION, LLC,**

      **Defendants.**
_____/

**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CRITICAL RESOLUTION MEDIATION, LLC ONLY**

Plaintiff, Talford McCree, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby files this Notice of Settlement and Voluntary Dismissal With Prejudice As To Defendant Critical Resolution Mediation, LLC ("CRM") Only. By submission of this Notice, submitting counsel represents that Plaintiff has settled with CRM and Plaintiff is voluntarily dismissing with prejudice CRM as a defendant. This settlement and dismissal does not affect the remaining Defendants, NCO Financial Systems, Inc. and National Credit Adjusters, LLC.

Dated: May 7, 2014            Respectfully Submitted,

**CENTRONE & SHRADER, LLC**
1710 N. 19th Street, Suite 205
Tampa, Florida 33605
Phone: (813) 360-1529
Fax:    (813) 336-0832


/s/ Gus M. Centrone
_____
**GUS M. CENTRONE, ESQ.**
Florida Bar No. 30151
e-mail: gcentrone@centroneshrader.com
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@centroneshrader.com
Attorneys for Plaintiff


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2014, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.


 /s/ Gus M. Centrone_____
**GUS M. CENTRONE, ESQ.**