UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TALFORD MCCREE

        Plaintiff,

                                      Case No. 8:14-cv-00170-VMC-AEP

v.

NCO FINANCIAL SYSTEMS, INC.,
NATIONAL CREDIT ADJUSTERS, LLC and
CRITICAL RESOLUTION MEDIATION, LLC

        Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, NCO Financial Systems, Inc., ("NCO"), by and through undersigned counsel, hereby submits this Notice of Pending Settlement as to NCO only and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

        Respectfully Submitted,

        /s/ Rachel A. Morris
        Rachel A. Morris, Esq.
        Florida Bar No.: 0091498
        Sessions, Fishman, Nathan & Israel, L.L.C.
        3350 Buschwood Park Drive, Suite 195
        Tampa, FL 33618
        Telephone:   (813) 890-2469
        Facsimile:    (866) 466-3140
        ramorris@sessions-law.biz
        Attorney for Defendant,
        NCO Financial Systems, Inc.

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of June 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Gus M. Centrone, Esq.<br>
1710 N. 19th Street, Suite 205<br>
Tampa, FL 33605

/s/Rachel A. Morris
Attorney