UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TALFORD MCCREE,**

  **Plaintiff,**

v.            CASE NO.: 8:14-cv-00170-VMC-AEP

**NCO FINANCIAL SYSTEMS, INC.,
NATIONAL CREDIT ADJUSTERS, LLC, and
CRITICAL RESOLUTION MEDIATION, LLC,**

  **Defendants.**
_____/

## NOTICE OF PENDING SETTLEMENT

  Plaintiff, Talford McCree, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principle and the parties are working toward finalizing resolution at this time.

Dated:  July 16, 2014      Respectfully Submitted,

              **CENTRONE & SHRADER, LLC**
              1710 N. 19th Street, Suite 205
              Tampa, Florida 33605
              Phone:  (813) 360-1529
              Fax:     (813) 336-0832

              /s/ Gus M. Centrone
              _____
              **GUS M. CENTRONE, ESQ.**
              Florida Bar No. 30151
              e-mail: gcentrone@centroneshrader.com
              **BRIAN L. SHRADER, ESQ.**
              Florida Bar No. 57251
              e-mail: bshrader@centroneshrader.com
              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2014, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

                                                /s/ Gus M. Centrone
                                                Attorney