## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

TALFORD MCCREE

                Plaintiff,

                                          Case No. 8:14-cv-00170-VMC-AEP

v.

NCO FINANCIAL SYSTEMS, INC.,
NATIONAL CREDIT ADJUSTERS, LLC and
CRITICAL RESOLUTION MEDIATION, LLC

                Defendant.
_____/

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO NCO FINANCIAL SYSTEMS, INC.

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to NCO Financial Systems, Inc., only, pursuant to Fed. R. Civ. P. 1(a)(1)(A)(ii).  Each party is to bear its own fees and costs.


| | |
|---|---|
| /s/ Brian L. Shrader | /s/ Rachel A. Morris |
| Brian L. Shrader, Esq. | Rachel A. Morris, Esq. |
| Florida Bar No.: 0030151 | Florida Bar No.: 0091498 |
| Centrone & Shrader, LLC | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 1710 19th St., Suite 205 | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33605 | Tampa, FL 33618 |
| Telephone: (813) 289-3200 | Telephone: (813) 890-2469 |
| Facsimile:  (813) 336-0832 | Facsimile:  (866) 466-3140 |
| bshrader@centroneshrader.com | ramorris@sessions-law.biz |
| | |
| Attorney for Plaintiff, | Attorney for Defendant, |
| Talford McCree | NCO Financial Systems, Inc. |

1

/s/ Charles J. McHale, Jr.
Charles J. McHale, Jr., Esq.
Florida Bar No.: 0026555
Golden Scaz, Gagain, PLLC
201 N. Armenia Ave.
Tampa, FL 33609
Telephone: (813) 251-5500
Facsimile: (813) 251-3675
cmchale@gsgfirm.com

Attorney for Defendant,
National Credit Adjusters, LLC

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of July 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including counsel as described below. Parties may access this filing through the Court's system.

Brian L. Shrader, Esq.
Centrone & Shrader, LLC
1710 N. 19th Street, Suite 205
Tampa, FL 33605

Charles J. McHale, Jr., Esq.
Golden Scaz, Gagain, PLLC
201 N. Armenia Ave.
Tampa, FL 33609

/s/Rachel A. Morris
Attorney