UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TALFORD MCCREE,**

      **Plaintiff,**

v.                                                            CASE NO.: 8:14-cv-00170-VMC-AEP

**NATIONAL CREDIT
ADJUSTERS, LLC, and
CRITICAL RESOLUTION
MEDIATION, LLC, et al.**

      **Defendants.**
_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO
NATIONAL CREDIT ADJUSTERS, LLC ONLY**

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as to National Credit Adjusters, LLC, only pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear their own fees and costs.

Dated:  September 11, 2014                    Respectfully Submitted,

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC** | **GOLDEN, SCAZ, GAGAIN, PLLC** |
| 1710 N. 19th Street, Suite 205 | 201 N. Armenia Ave. |
| Tampa, Florida 33605 | Tampa, Florida  33609 |
| Phone:  (813) 360-1529 | Phone:  (813) 251-5500 |
| Fax:     (813) 336-0832 | Fax:     (813) 251-3675 |
| | |
| /s/ Gus M. Centrone | /s/ Charles J. McHale |
| _____ | _____ |
| **GUS M. CENTRONE, ESQ.** | **CHARLES J. MCHALE, JR.** |
| e-mail: gcentrone@centroneshrader.com | e-mail:  cmchale@gsgfirm.com |
| **BRIAN L. SHRADER, ESQ.** | **Florida Bar No.  00265555** |
| Florida Bar No. 57251 | Attorney for Defendant |
| e-mail: bshrader@centroneshrader.com | National Credit Adjusters, LLC |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2014, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

 /s/ Gus M. Centrone
**GUS M. CENTRONE, ESQ.**